# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MICHAEL JOHNSON,**

        **Plaintiff,**

        -vs-                                  Case No. 04-C-242

**MILWAUKEE COUNTY,**
**DAVID A. CLARKE, JR.,**
**MARY ANN GRIMES,**
**MILWAUKEE COUNTY CIVIL SERVICE COMMISSION,**
**JOHN O'SHEA, MARY ELLEN POWERS,**
**RICH SCHERMERHORN, and MINNIE LINYEAR,**

        **Defendants.**

## ORDER

Based upon the foregoing stipulation, **IT IS SO ORDERED** that Defendant Mary Ann Grimes hereby be dismissed as a Defendant in the above-captioned matter.

Dated at Milwaukee, Wisconsin, this 13th day July, 2005.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**